

**NUMBER 13-15-00251-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **MIRAMAR PETROLEUM, INC.,** | **Appellant,** |

**v.**

| | |
|---|---|
| **AMERICAN PETROLEUM DRILLING FLUIDS, INC.**<br>**D/B/A AMERICAN DRILLING FLUIDS, INC.,**<br>**NIKLOS DRILLING COMPANY, AND**<br>**CIMARRON ENGINEERING, LLC,** | **Appellees.** |

**On appeal from the 267th District Court
of Jackson County, Texas.**

# ORDER ABATING APPEAL

**Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

Currently before the Court is an "Unopposed Motion to Abate Appeal" filed by appellant Miramar Petroleum, Inc. ("Miramar"). According to the motion, Miramar

request that we abate this case until at least June 30, 2015 so that a motion to reconsider may be heard and considered in the trial court.

Having examined and fully considered Miramar's unopposed motion to abate, we are of the opinion that the motion should be granted. Accordingly, we GRANT Miramar's motion to abate and we ABATE this appeal until June 30, 2015, or until such time as Miramar's motion to reconsider can be heard in the trial court. Appellant shall file a motion to reinstate or a motion for extension of the abatement period on or before June 30, 2015.

It is so ORDERED.

PER CURIAM

Delivered and filed the
5th day of June, 2015.